# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> and <br><br> CHARLES RIVER WATERSHED ASSOCIATION, INC. <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, Regina McCarthy, Administrator <br><br> and <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION 1, H. Curtis Spalding, Regional Administrator <br><br> Defendants | Case No.: 15-11727 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Conservation Law Foundation and Charles River Watershed Association, by and through their counsel, hereby give notice that the above-captioned action against Defendants United States Environmental Protection Agency, Administrator Regina McCarthy, and Regional Administrator H. Curtis Spalding, is voluntarily dismissed without prejudice. Defendants have neither answered Plaintiffs' Complaint nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court. Fed.R.Civ.P 41(a)(1)(A)(i).

1

Respectfully submitted,


CONSERVATION LAW FOUNDATION, INC.

CHARLES RIVER WATERSHED ASSOCIATION, INC.

By their attorney:

/s/ Caitlin S. Peale Sloan
CAITLIN S. PEALE SLOAN
BBO No. 681484
Conservation Law Foundation, Inc.
62 Summer Street
Boston, Massachusetts 02110
(617) 850-1770
cpeale@clf.org

Dated: August 26, 2015


## Certificate of Service

I hereby certify that on August 26, 2015, I filed this Notice of Voluntary Dismissal Without Prejudice via the Court's ECF system thereby effecting service on all registered parties and their attorneys in this case.

    /s/ Caitlin S. Peale Sloan
    Caitlin S. Peale Sloan
    BBO# 681484
    62 Summer Street
    Boston, MA 02110
    (617) 850-1770
    cpeale@clf.org